**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:18-cv-60202-MGC**

JOSHUA APARICIO,
individually and on behalf of all
others similarly situated,                              **CLASS ACTION**

     Plaintiff,                              **JURY TRIAL DEMANDED**

v.

STRAX WELLNESS CENTER, LLC
d/b/a STRAX REJUVENATION,
a Florida limited liability company,

     Defendant.
_____/

**<u>NOTICE OF SETTLEMENT</u>**

     Plaintiff Joshua Aparicio hereby gives notice that the parties have reached a settlement in this case. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing the appropriate dismissal documents within ten (10) days of this notice.

Date: August 13, 2018

        Respectfully submitted,

        **HIRALDO P.A.**

        */s/ Manuel S. Hiraldo*
        Manuel S. Hiraldo, Esq.
        Florida Bar No. 030380
        401 E. Las Olas Boulevard
        Suite 1400
        Ft. Lauderdale, Florida 33301
        mhiraldo@hiraldolaw.com
        Telephone: 954.400.4713

        *Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713