UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-60202-Civ-COOKE/HUNT

JOSHUA APARICIO, individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

JADE HOLDINGS GROUP, LLC, a Florida
limited liability company,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING
CASE UPON NOTICE OF SETTLEMENT**

    THIS CASE is before me on Plaintiff's Notice of Settlement (ECF No. 38). The parties have conditionally settled this matter, and it will be administratively closed pending the parties filing a stipulation of final dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or moving for dismissal pursuant to Rule 41(a)(2).[1]

    A stipulation of final dismissal, or a motion for dismissal, shall be filed within thirty (30) days of this Order. In the event a stipulation of final dismissal is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation upon this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). The Clerk shall **ADMINISTRATIVELY CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in Chambers, in Miami, Florida, this 20th day of August 2018.

                                                   MARCIA G. COOKE
                                                   United States District Judge

Copies provided to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*

---

[1] In its First Amended Complaint (ECF No. 22), Plaintiff removed Strax Wellness Center, LLC d/b/a Strax Rejuvenation as a defendant, and Plaintiff added Jade Holdings Group, LLC as the Defendant in this case.