UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-60202-Civ-COOKE/HUNT

JOSHUA APARICIO, individually and
on behalf of all others similarly situated,

      Plaintiff,

vs.

JADE HOLDINGS GROUP, LLC, a Florida
limited liability company,

      Defendant.

_____/

**ORDER OF DISMISSAL**

      THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or its own attorney's fees and costs, except as otherwise agreed in their Settlement Agreement. *See* Amended Joint Stipulation of Dismissal with Prejudice, ECF No. 42. The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

      The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

      **DONE and ORDERED** in Chambers, at Miami, Florida, this 6th day of September 2018.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*